DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JODI-KAYES SPARKES,** as Personal Representative of the Estate of
Marion Woodstock,
Appellant,

v.

**CITY OF SUNRISE** and **GREGORY LOOR,**
Appellees.

No. 4D20-538

[November 12, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. 16-018033(09).

Christopher M. Brown of Law Offices of Brown & Associates, P.A., Fort Lauderdale, and Kathleen K. Peña, Fort Lauderdale, for appellant.

Scott D. Alexander and E. Bruce Johnson of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***